UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Criminal No. 10-236 (FSH) |
| v. | : |
| | : **ORDER** |
| OCTAVIANO CRUZ. | : |
| Defendant. | : |

This matter having come before the Court by Defendant Octaviano Cruz, appearing pro se, by letter received March 25, 2011 [Docket No. 29] requesting clarification of his jail credit; and the Government having submitted a response in support of Defendant's request [Docket No. 31]; and for good cause shown;

**IT IS** on this 5th day of April, 2011,

**ORDERED** that the Defendant shall receive federal jail credit commencing on May 6, 2008, as opposed to June 24, 2008; it is further

**ORDERED** that the Clerk's Office is directed to provide two (2) certified copies of this Order to the U.S. Marshal Service to be forwarded to the Institution.

                                                  s/ Faith S. Hochberg
                                           United States District Judge